

★ DISCOVER your AMERICA ★

PLAN TRIP

FIND PLACES

ABOUT US

 saved trips  0     share trip

map

← MAP          ADD TO TRIP          BUCKET LIST          Like 0   Pin it

 ADD DATE  Start  ✕

---  ---

ADD DATE  Destination  ✕

new    save trip


Download the Roadtrippers App for iPhone and access your trips and places on the go!

🔒 **WHOLE FOODS MARKET**
*Certified Organic!*

70 Merrimon Ave
Asheville, NC 28801 US

add your photos

👎  👍
*Rad-o-meter!*

**Whole Foods Market** - Who are we? Well, we seek out the finest natural and organic foods available, maintain the strictest quality standards in the industry, and have an unshakeable commitment to sustainable agriculture. Add to that the excitement and fun we bring to shopping for groceries, and you start to get a sense of what we're all about. Oh yeah, we're a mission-driven company too.
We are located off I-240 just north of downtown Asheville, just take the Merrimon Ave exit (5A).
Having trouble finding parking? The adjacent lot that circles back up to Merrimon Ave and the gravel lot on Bordeau Pl. is also available to customers!

✉ Whole Foods Market          ☎ *828.254.5440*

Hours:

**NEARBY SHOPPING**

Rosetta's Kitchen
*downtown asheville's wh...*

Green Sage Coffeehou...
*live healthy with the gree...*

Early Girl Eatery