


PLAN TRIP



FIND PLACES

ABOUT US

map

saved trips 0    share trip



ADD DATE — Start
---  ---
ADD DATE — Destination

new | save trip



Download the Roadtrippers App for iPhone and access your trips and places on the go!

← MAP    ADD TO TRIP    BUCKET LIST    Like 0   Pin it 0



**PACK'S TAVERN**
*Best Burgers in Asheville!*

20 S Spruce St
Asheville, NC 28801-3734 US

add your photos

*Rad-o-meter!*

**Pack's Tavern** - Frequently declared to have the best burgers in Asheville stop into Pack's which is located near the heart of historic, beautiful, and vibrant downtown Asheville. Stop in for a snack, or make a date night out of; regardless of what you choose, you won't be disappointed with Pack's!

✉ **Pack's Tavern**
20 S Spruce St
Asheville, NC 28801-3734 US

☎ (828) 225-6944

Visit Website

Hours:

**NEARBY FOOD & DRINK**



Cúrate
*authentic spanish tapas b...*

Salsa's