UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID OPPENHEIMER, | Case No. 1:17-cv-00082 |
| Plaintiff, | Judge Susan J. Dlott |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| ROADTRIPPERS, INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule 83.4(c)(3), PLEASE TAKE NOTICE of the substitution of Grant S. Cowan of Frost Brown Todd LLC as Trial Attorney for Defendants Roadtrippers, Inc., James Fischer, John Lauck, Tatiana D. Parent, and Andrew Fickas, and the withdrawal of Russell S. Sayre and Philip R. Bautista of Taft Stettinius & Hollister LLP as attorneys for Defendants.

As to Clients:

_____
James Fischer
Chief Executive Officer
Roadtrippers, Inc.
131 E. McMicken Avenue
Cincinnati, OH 45202

_____
James Fischer—Individually


_____
John Lauck—Individually

_____
Tatiana D. Parent—Individually


_____
Andrew Fickas—Individually

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID OPPENHEIMER, | Case No. 1:17-cv-00082 |
| Plaintiff, | Judge Susan J. Dlott |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| ROADTRIPPERS, INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule 83.4(c)(3), PLEASE TAKE NOTICE of the substitution of Grant S. Cowan of Frost Brown Todd LLC as Trial Attorney for Defendants Roadtrippers, Inc., James Fischer, John Lauck, Tatiana D. Parent, and Andrew Fickas, and the withdrawal of Russell S. Sayre and Philip R. Bautista of Taft Stettinius & Hollister LLP as attorneys for Defendants.

As to Clients:

_____
James Fischer
Chief Executive Officer
Roadtrippers, Inc.
131 E. McMicken Avenue
Cincinnati, OH 45202

_____
James Fischer—Individually

_____
John Lauck—Individually

_____
Tatiana D. Parent—Individually

_____/s/_____
Andrew Fickas—Individually

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID OPPENHEIMER, | : | Case No. 1:17-cv-00082 |
| Plaintiff, | : | Judge Susan J. Dlott |
| vs. | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| ROADTRIPPERS, INC., et al., | : | |
| Defendants. | : | |

Pursuant to Federal Rule 83.4(c)(3), PLEASE TAKE NOTICE of the substitution of Grant S. Cowan of Frost Brown Todd LLC as Trial Attorney for Defendants Roadtrippers, Inc., James Fischer, John Lauck, Tatiana D. Parent, and Andrew Fickas, and the withdrawal of Russell S. Sayre and Philip R. Bautista of Taft Stettinius & Hollister LLP as attorneys for Defendants.

As to Clients:

---

James Fischer
Chief Executive Officer
Roadtrippers, Inc.
131 E. McMicken Avenue
Cincinnati, OH 45202

*/s/ James Fischer*
James Fischer—Individually

*/s/ John Lauck*
John Lauck—Individually

---

Tatiana D. Parent—Individually

---

Andrew Fickas—Individually

As to Withdrawing Attorney:

*/s/ Russell S. Sayre*
Russell S. Sayre (0047125)
Taft Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202
(513) 381-2838
(513) 381-0205 (fax)
sayre@taftlaw.com

As to Substituting Attorney

*/s/ Grant S. Cowan*
Grant S. Cowan (0029667)
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800
(513) 651-6981 (fax)
gcowan@fbtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2017, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Grant S. Cowan*

0131162.0647378 4831-7274-7848v1