# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DAVID OPPENHEIMER, | : | Case No. 1:17-cv-00082 |
| Plaintiff, | : : | Judge Susan J. Dlott |
| vs. | : : | **DEFENDANTS' RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION** |
| ROADTRIPPERS, INC., et al., | : : | **TO APPEAR BY TELEPHONE AT PRELIMINARY PRETRIAL** |
| Defendants. | : : | **CONFERENCE** |

Defendants do not oppose Plaintiff's Motion to Appear by Telephone at Preliminary Pretrial Conference (Doc. # 15, filed 6/8/17). However, counsel for Defendants previously advised Plaintiff's counsel that Defendant's counsel intends to participate at the Preliminary Pretrial Conference in person and is not requesting leave to participate by telephone.

    Respectfully submitted,

    */s/ Grant S. Cowan*
    Grant S. Cowan (0029667)
    Frost Brown Todd LLC
    3300 Great American Tower
    301 East Fourth Street
    Cincinnati, Ohio 45202
    (513) 651-6800
    (513) 651-6981 (fax)
    gcowan@fbtlaw.com

    Trial Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2017, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Grant S. Cowan*

0131162.0647378   4840-3272-0714v1